No. 82–612.   WRACSARICHT ET AL. *v.* UNITED STATES ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 82–633.   LEICHTLING *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 82–662.   MIDDLESEX COUNTY UTILITIES AUTHORITY *v.* CITY OF NEW BRUNSWICK ET AL.; and

No. 82–703.   BOROUGH OF MILLTOWN *v.* CITY OF NEW BRUNSWICK ET AL.   C. A. 3d Cir.   Certiorari denied.   Reported below: 686 F. 2d 120.

No. 82–681.   HORTON *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 82–696.   A. S. HORNER, INC. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 10th Cir.   Certiorari denied.

No. 82–706.   TILLMAN *v.* ARKANSAS.   Sup. Ct. Ark. Certiorari denied.

No. 82–720.   ASHCROFT ET AL. *v.* UNITED STATES DEPARTMENT OF THE INTERIOR ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 82–725.   GILBOE *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 82–741.   INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO *v.* LUBBERS, GENERAL COUNSEL OF THE NATIONAL LABOR RELATIONS BOARD, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 82–749.   BARABAN *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 82–756.   ESTATE OF FROCK ET AL. *v.* UNITED STATES RAILROAD RETIREMENT BOARD.   C. A. 7th Cir.   Certiorari denied.